IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  07-31563 |
| RICHARD D. PROCTOR | ) | S.S.# xxx-xx-0649 |
| SONYA K. PROCTOR | ) | S.S.# xxx-xx-6533 |
|    Debtors. | ) | Chapter 7 Bankruptcy |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtors.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 1024, dated 1/4/2011 in the amount of $34.93 was mailed to the payee thereof, namely Vision Financial Service. Said check was issued to payee as the result of interest accrued on a claim filed by payee.

4. That said check was returned to the trustee, stating that the interest could not be applied as the account was paid in full.  Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 1036 in said amount payable to the Clerk, U.S. Bankruptcy Court.

DATED:  January 14, 2011            /s/ Rebecca Hoyt Fischer
                                    Rebecca Hoyt Fischer, Trustee
                                    112 West Jefferson Blvd., Ste. 310
                                    South Bend, IN 46601
                                    Telephone: (507) 284-2354
                                    Facsimile: (574) 284-2356
                                    rebecca@ladfislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2011, service of a true and complete copy of the above document was served by:

| | |
|---|---|
| U.S. Trustee | David A. Brooks |
| USTRegion10.SO.ECF@usdoj.gov | valpolaw1@yahoo.com |
| | |
| Vision Financial Services | United States Bankruptcy Court |
| P.O. Box 1768 | 401 S. Michigan Street |
| LaPorte, IN  46352 | South Bend, IN  46601 |
| | /s/ Rebecca H. Fischer |
| | Rebecca Hoyt Fischer |