IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | Case No.  07-31563 |
| RICHARD D. PROCTOR ) | S.S.# xxx-xx-0649 |
| SONYA K. PROCTOR ) | S.S.# xxx-xx-6533 |
|     Debtors. ) | Chapter 7 Bankruptcy |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtors.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That two of the distribution payment checks, namely Check No. 1020 in the amount of $465.80 and Check No. 1021 in the amount of $88.75, both dated January 4, 2011 were mailed to the payee thereof, namely World's Foremost Bank.

4. That said checks were cashed but the funds were returned to the Trustee.  Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 1037 in said amount of $554.55 payable to the Clerk, U.S. Bankruptcy Court.

DATED:  May 20, 2011

    /s/ Rebecca Hoyt Fischer
Rebecca Hoyt Fischer, Trustee
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (507) 284-2354
Facsimile: (574) 284-2356
rebecca@ladfislaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011, service of a true and complete copy of the above document was served by:

U.S. Trustee
USTRegion10.SO.ECF@usdoj.gov

David A. Brooks
valpolaw1@yahoo.com

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer