IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  07-31563 |
| RICHARD D. PROCTOR | ) | S.S.# xxx-xx-0649 |
| SONYA K. PROCTOR | ) | S.S.# xxx-xx-6533 |
|     Debtors. | ) | Chapter 7 Bankruptcy |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtors.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 1019, dated January 4, 2011 in the amount of $1926.77 was mailed to the payee thereof, namely CitiCorp Trust Bank.

4. That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 1038 in said amount payable to the Clerk, U.S. Bankruptcy Court.

DATED:  May 20, 2011

   /s/ Rebecca Hoyt Fischer
Rebecca Hoyt Fischer, Trustee
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (507) 284-2354
Facsimile: (574) 284-2356
rebecca@ladfislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2011, service of a true and complete copy of the above document was served by:

U.S. Trustee
USTRegion10.SO.ECF@usdoj.gov

David A. Brooks
valpolaw1@yahoo.com

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer